**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 3:04-CV-0384-AS |
| v. | ) | |
| | ) | |
| PATRICIA HUDSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

This matter having come before the Court on Plaintiff's Notice of Dismissal as to Defendant Patricia Hudson and the Court being in all things duly advised, now **GRANTS** said Motion and **ORDERS** as follows:

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendant Patricia Hudson in the above captioned matter are hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this 3rd day of May, 2005.


                                        s/ ALLEN SHARP
                        _____
                        ALLEN SHARP, JUDGE
                        UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record